**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action No. **11-cv- 444-AP**

**CENTER FOR NATIVE ECOSYSTEMS,
CENTER FOR BIOLOGICAL DIVERSITY**, and
**XERCES SOCIETY**,

      Plaintiffs,

v.

**KEN SALAZAR**, in his official capacity as Secretary of the U.S. Department of the Interior, and
**ROWAN GOULD**, in his official capacity as Acting Director of the US. Fish and Wildlife Service,

      Defendants.

## ORDER ENTERING STIPULATED SETTLEMENT AGREEMENT

This matter is currently before me on the parties' Stipulated Settlement Agreement (doc. 7). Having read and considered this agreement, I find good cause shown to support entering the Agreement. Accordingly, the terms of the Agreement are hereby ENTERED as set forth in that Agreement. This shall be a final judgment of the Court.

Dated: June 7, 2011                              BY THE COURT:

                                                                  **/s/ John L. Kane**
                                                                  Senior U.S. District Judge