**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action **No. 1:11-CV- 444-JLK**

**CENTER FOR NATIVE ECOSYSTEMS**,
**CENTER FOR BIOLOGICAL DIVERSITY**, and
**XERCES SOCIETY**,

     Plaintiffs,

v.

**KEN SALAZAR**, in his official capacity as Secretary of the U.S. Department of the Interior, and
**ROWAN GOULD**, in his official capacity as Acting Director of the US. Fish and Wildlife Service,

     Defendants.

**ORDER ENTERING STIPULATION TO
SETTLE ATTORNEYS' FEES AND COSTS**

Kane, J.

This matter comes before me on the parties' Stipulation to Settle Attorneys' Fees and Costs (doc. 9). Having reviewed that document and finding good cause appearing, it is hereby ORDERED that the stipulation is adopted.

Dated: January 4, 2012            BY THE COURT:

                                                             **/s/ John L. Kane**
                                                             Senior U.S. District Court Judge